UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>LATISHA BENNETT,   )<br>PATRICE K. OLIVER, and )<br>PAMELA HAMILTON   ) | No.  07 CR 819<br>Judge Leinenweber |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that, on January 15, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S BILL OF PARTICULARS**

was served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

/s/ Halley B. Guren
HALLEY B. GUREN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 886-4156