Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 2 | **DATE** | 2/14/2008 |
| **CASE TITLE** | United States of America vs. Patrice K. Oliver | | |

**DOCKET ENTRY TEXT**

By agreement, the requirement for a third party custodian as to defendant, Patrice Oliver is hereby removed. Defendant may reside with her family in Indianapolis, Indiana. The requirement for Electronic Monitoring and all other remaining conditions of pretrial release shall continue in full force and effect. The defendant Patrice Oliver shall report to the Pretrial Services Office for the Central District of Indiana immediately upon her arrival in Indianapolis and shall immediately notify her Chicago pretrial service officer the name and contact information as to her new Indianapolis pretrial services officer.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP