IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 CR 819 |
| | ) Judge LEINENWEBER |
| PATRICE OLIVER, | ) |
| | ) |
| Defendant. | ) |

### AGREED ORDER

This matter coming to be heard by the agreement of the parties including, Pretrial Services, it is ordered that:

1. The requirement for a third party custodian as to Defendant Patrice Oliver is hereby removed.

2. Defendant Patrice Oliver may reside with her family in Indianapolis, Indiana.

3. The requirement for Electronic Monitoring and all other remaining conditions of pretrial release shall continue in full force and effect.

4. Defendant Patrice shall report to the Pretrial Services Office for the Central District of Indiana immediately upon her arrival in Indianapolis and shall immediately notify her Chicago pretrial services officer the name and contact information as to her new Indianapolis pretrial services officer.

2/14/2008
DATE

JUDGE
HARRY D. LEINENWEBER