IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 CR 819 |
| | ) Judge Leinenweber |
| PATRICE OLIVER, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

To: **AUSA Halley Guren, U.S. Attorney's Office, 219 So. Dearborn Street, Chicago, Illinois. 60604.**

   **PLEASE TAKE NOTICE**, that on Thursday, Bebruary 21, 2008, the undersigned filed with the U.S. District Court for the Northern District of Illinois, **Defendant Patrice Oliver's Motion For Discovery** and **Motion For Early Return of Trial Subpoenas** copies of which are attached and are hereby served upon you.

                    Respectfully submitted,
                    s/J. Clifford Greene, Jr.


**CERTIFICATE OF SERVICE**

   The undersigned certifies that on Thursday February 21, 2008, before the hour of 5:00 p.m., he caused a copy of the above Notice and Motions to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF System with Notice given to all filers resident in same for the above captioned case in concert with all of the applicable local rules.

                    Respectfully submitted,
                    s/J. Clifford Greene, Jr.


**LAW OFFICE OF
J. Clifford Greene, Jr.
53 W. Jackson Blvd., Suite 1304
Chicago, Illinois  60604
Tel: (312) 663-1400
Fax: (773) 890-7966
Email:jcliffordgreene@msn.com**

Case 1:07-cr-00819     Document 35     Filed 02/21/2008     Page 2 of 2