**FILED**

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 CR 819**   *FELONY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**JUDGE LEINENWEBER**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE NOLAN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   07 CR 819   US v. BENNETT, Nolan

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?   NO ☐   YES ☒.   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   07 CR 819, U.S. v. BENNETT, OLIVER, HAMILTON
   JUDGE LEINENWEBER

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .......... (II) | ☐ Income Tax Fraud ...... (II) | ☐ DAPCA Controlled Substances ... (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ........ (II) | ☐ Miscellaneous General Offenses ... (IV) |
   | ☒ Bank robbery ......... (II) | ☐ Other Fraud ........ (III) | ☐ Immigration Laws ...... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ........ (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws ....... (IV) |
   | ☐ Assault ............. (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act ....... (IV) |
   | ☐ Burglary ........... (IV) | ☐ Counterfeiting ...... (III) | ☐ Selective Service Act ...... (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ......... (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ..... (III) | ☐ Other Federal Statutes ...... (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ..... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    18 USC 371
    18 USC 2113(b)

_Hadley Green_
Assistant United States Attorney

(Revised 12/99)