UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                Plaintiff,

v.                                       Case No.: 1:07−cr−00819
                                       Honorable Harry D. Leinenweber

Latisha Bennett, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Harry D. Leinenweber:as to Patrice K Oliver − Arraignment on superseding indictment reset for 5/6/2008 at 09:00 AM. Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.