# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 2 | **DATE** | 5/6/2008 |
| **CASE TITLE** | United States of America vs. Patrice Oliver | | |

**DOCKET ENTRY TEXT**

Arraignment held on superseding indictment. Defendant enters plea of not guilty. Change of plea set for 6/17/2008 at 9:45 a.m. The Court modifies the conditions of defendant's release to remove her electronic monitoring and curfew.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|