# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 2 | **DATE** | 6/11/2008 |
| **CASE TITLE** | United States of America vs. Patrice K. Oliver | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty to the indictment. Defendant enters plea of guilty to Count One of the superseding indictment. Defendant informed of rights. Acceptance of plea agreement and entry of judgment deferred. Cause referred to the probation department for a presentence investigation. Sentencing set for 10/16/2008 at 9:45 a.m.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | WAP |
|---|---|---|